# EXHIBIT A
(MEDICAL RECORDS)

# FILED UNDER SEAL