# United States Sentencing Commission



*Statistical Information Packet*

*Fiscal Year 2021*

*Ninth Circuit*

# EXHIBIT C

# Table 7

## SENTENCE LENGTH BY TYPE OF CRIME
## Fiscal Year 2021

| TYPE OF CRIME | National Mean Months | National Median Months | National N | Ninth Circuit Mean Months | Ninth Circuit Median Months | Ninth Circuit N |
|---|---|---|---|---|---|---|
| **TOTAL** | **48** | **24** | **57,286** | **28** | **14** | **11,015** |
| Administration of Justice | 13 | 8 | 512 | 9 | 6 | 76 |
| Antitrust | 3 | 3 | 6 | 6 | 6 | 3 |
| Arson | 63 | 48 | 79 | 53 | 20 | 13 |
| Assault | 57 | 36 | 668 | 37 | 24 | 187 |
| Bribery/Corruption | 20 | 12 | 247 | 13 | 8 | 44 |
| Burglary/Trespass | 23 | 14 | 64 | 16 | 11 | 6 |
| Child Pornography | 108 | 90 | 1,215 | 73 | 60 | 152 |
| Commercialized Vice | 14 | 11 | 114 | 10 | 6 | 16 |
| Drug Possession | 1 | 0 | 309 | 1 | 0 | 49 |
| Drug Trafficking | 74 | 60 | 17,608 | 42 | 30 | 3,695 |
| Environmental | 2 | 0 | 173 | 1 | 0 | 53 |
| Extortion/Racketeering | 25 | 15 | 116 | 23 | 15 | 11 |
| Firearms | 48 | 37 | 8,150 | 31 | 27 | 746 |
| Food and Drug | 9 | 1 | 47 | 0 | 0 | 5 |
| Forgery/Counter/Copyright | 16 | 12 | 137 | 12 | 11 | 22 |
| Fraud/Theft/Embezzlement | 20 | 12 | 4,571 | 20 | 9 | 734 |
| Immigration | 13 | 8 | 16,937 | 10 | 7 | 4,291 |
| Individual Rights | 32 | 3 | 69 | 66 | 0 | 7 |
| Kidnapping | 166 | 123 | 92 | 192 | 135 | 7 |
| Manslaughter | 69 | 59 | 56 | 73 | 67 | 17 |
| Money Laundering | 57 | 30 | 1,028 | 46 | 24 | 173 |
| Murder | 244 | ==231== | 257 | 243 | ==220== | 14 |
| National Defense | 37 | 26 | 217 | 33 | 33 | 48 |
| Obscenity/Other Sex Offenses | 22 | 18 | 298 | 18 | 17 | 58 |
| Prison Offenses | 11 | 8 | 532 | 5 | 4 | 75 |
| Robbery | 104 | 90 | 1,300 | 74 | 60 | 127 |
| Sexual Abuse | 211 | 180 | 1,062 | 156 | 130 | 123 |
| Stalking/Harassing | 26 | 18 | 219 | 23 | 16 | 35 |
| Tax | 14 | 12 | 421 | 14 | 10 | 77 |
| Other | 2 | 0 | 782 | 1 | 0 | 151 |

Of the 57,287 National cases, one case was excluded due to missing or indeterminable sentencing information.

Of the 11,015 cases from the Ninth Circuit, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2021 Datafile, USSCFY21.