# Presidential Sports Award Program



*This certificate is hereby awarded to R. Castro, May 19, 2009, for completing Phase 1 of the Presidential Sports [Award]*

*Sports*

*This certifies that 50 hours have been completed*

J. Corley, Recreation Specialist

B. Patterson, SOR

**EXHIBIT D**

# Certificate of Achievement

THIS IS AWARDED TO

R. CASTRO

FOR COMPLETION OF THE CALISTHENICS CLASS
U.S.P. BIG SANDY

THIS CERTIFICATE IS HEREBY ISSUED

JUNE 21, 2009



RECREATION SPECIALIST

OFFICIAL SEAL



Presidential Sports Award Program

This certificate is hereby awarded to R. Castro, November 3, 2009 for completing Phase 2 of the Presidential Sports Award

Running

This certifies that 300 miles have been completed

S. Carter, Recreation Specialist

P. Patterson, SOR

# Certificate of Achievement

awarded to:

Ramon Castro

You have completed the
six mandatory components of the
Release Preparation Program
at U.S.P. Big Sandy

December 7, 2009

S. Walters, Supervisor of Education

K. Callahan, RPP Seminar Coordinator

# Certificate of Achievement

This is to certify that

## Ramon Castro

has successfully completed Phase 2 of the

## Challenge Program

January 2010 at USP Big Sandy, KY

_K. Wireman_ — K. Wireman

_E. Thacker_ — E. Thacker

_J. Lott_ — J. Lott

Challenge Treatment Specialists

_B. Olive_ — B. Olive, Ph.D., Challenge Coordinator

# Certificate of Participation

This is to certify that

## Ramon Castro

has successfully completed the

## Challenge Program

May 2010 at USP Big Sandy

_K. Wireman_
K. Wireman

_E. Thacker_
E. Thacker
Challenge Treatment Specialists

_B. Olive_
B. Olive, Ph.D., Challenge Coordinator

_J. Lott_
J. Lott

# UNITED STATES
# PENITENTIARY ATWATER

THIS CERTIFIES THAT

## R. CASTRO

Has successfully completed U.S.P. Cross Stitch class (6 hrsSentry) held between the dates of

6-27-2012 and 8-2-2012

Sports Specialist J. Ernst



# Certificate

"I WAS IN PRISON AND YOU VISITED ME"
Matthew 25:36

This is to certify that

*Ramon Castro*

Name

Has completed

## The Kairos Inside Weekend Program

USP Atwater Kairos #8 – May 24-27, 2013



*Heather Wheaton*
Weekend Leader

# CERTIFICATE OF ACCOMPLISHMENT

AWARDED TO

## Ramon Castro

For completion of the USP Atlanta

"Faithful Employee" Pre-Release Program

Awarded this 23rd day of February, 2019

_____
J. Feliciano, Mentor Coordinator, USP Atlanta